## W. L. Carwile, Appellee, v. Ira M. Cobe, Appellant.

### Gen. No. 23,766.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed March 25, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by W. L. Carwile, complainant, against Ira M. Cobe, defendant, for reformation of a contract. From a decree in favor of complainant for $10,000, defendant appeals.

MOSES, ROSENTHAL & KENNEDY, for appellant.

JOHN B. DANDRIDGE, for appellee; CHARLES M. HAFT, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. CONTRACTS, § 177*—*presumption that written contract expresses intentions of parties*. There is a strong presumption that when parties reduce their agreement to writing it expresses their intentions.

2. CONTRACTS, § 177*—*what proof necessary to overcome presumption that written agreement shows intentions of parties*. To overcome the presumption that a written agreement contains the parties' intentions, the proof must be clear and convincing.

3. REFORMATION OF INSTRUMENTS, § 12*—*when reformation of contract on ground of mistake proper*. A reformation of a contract for a mistake can only be had on the ground that the mistake was mutual, and the proof must be such as to leave no fair and reasonable doubt upon the mind that the instrument does not embody the final intention of the parties, but was executed under a common mistake and expresses what neither of the parties intended.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.